BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff Boris Benkovski*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BORIS BENKOVSKI, Derivatively on Behalf of Nominal Defendant EQUINIX, INC., | Case No. 3:25-cv-01642-VC |
| Plaintiff, | **NOTICE AND (PROPOSED) ORDER OF VOLUNTARY DISMISSAL** |
| v. | |
| CHARLES J. MEYERS, ADAIRE FOX-MARTIN, NANCI CALDWELL, GARY HROMADKO, THOMAS OLINGER, CHRISTOPHER PAISLEY, JEETU PATEL, SANDRA RIVERA, FIDELMA RUSSO, PETER VAN CAMP, and KEITH D. TAYLOR, | |
| Defendants, | |
| and | |
| EQUINIX, INC., | |
| Nominal Defendant. | |

Plaintiff Boris Benkovski ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses the above-captioned shareholder derivative action (the "Action"), and all claims asserted therein on behalf of the nominal defendant Equinix, Inc. ("Equinix" or the "Company") against defendants Charles J. Meyers, Adaire Fox-Martin, Nanci Caldwell, Gary Hromadko, Thomas Olinger, Christopher Paisley, Jeetu Patel, Sandra Rivera, Fidelma Russo, Peter Van Camp, and Keith D. Taylor (collectively, and with Equinix, "Defendants") without prejudice, pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure, subject to the approval of the Court.

Plaintiff is voluntarily dismissing the Action to pursue his remedies under Delaware state law, specifically, to make a demand for the inspection of documents pursuant to 8 Del. C. § 220 and/or to make a demand upon the Equinix Board of Directors to initiate litigation to pursue claims substantially similar to, or the same as, those asserted in the Action. Defendants have filed neither an answer nor a motion for summary judgment in the Action, there has been no settlement or compromise of this Action, there has been no collusion among the Parties, and neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal of the Action. The voluntary dismissal is made without prejudice and, therefore, it will not have any preclusive effect on any other action or Equinix shareholder to pursue claims. Defendants will not suffer any prejudice from, and do not oppose, voluntary dismissal of the Action.

If voluntary dismissal is granted by the Court, Plaintiff respectfully submits that notice pursuant to Fed. R. Civ. P. 23.1(c) is not necessary and, therefore, he should be relieved of the notice requirement, because he will continue to pursue claims substantially similar to, or the same as, those asserted in the Action on behalf of the Company by making an inspection and/or litigation demand under Delaware law, and because Equinix will include information regarding dismissal of the Action in a public filing with the U.S. Securities and Exchange Commission, thereby providing notice.

|     |                          |     |                                                      |
| --- | ------------------------ | --- | ---------------------------------------------------- |
| 1   |                          |     | Respectfully submitted,                              |
| 2   |                          |     | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**        |
| 3   | Dated: April 17, 2025    | By: | */s/ Alex J. Tramontano*                             |
| 4   |                          |     | ALEX J. TRAMONTANO                                   |

Betsy C. Manifold (Bar No. 182450)
Rachele R. Byrd (Bar No. 190634)
Alex J. Tramontano (Bar No. 276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**RIGRODSKY LAW, P.C.**
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
jgrabar@grabarlaw.com

*Attorneys for Plaintiff Boris Benkovski*

\*   \*   \*

IT IS SO ORDERED.

Dated: August 19, 2025

_____
The Honorable Vince Chhabria
United States District Court Judge